UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

CASE NO.: 20-cv-2220

SAMPAT SHIVANGI, and
UDAYA SHIVANGI,

PLAINTIFFS,

v.

BOLLYWOOD EVENTS, LLC via
its registered agent: KAMLESH
PATEL; and KAMLESH PATEL in his
Individual capacity,

DEFENDANTS.
_____/

**VERIFIED COMPLAINT FOR MONEY DAMAGES**

The Plaintiffs, Sampat Shivangi and Udaya Shivangi, hereby bring this Verified Complaint for Money Damages against Defendants Bollywood Events, LLC, and Kamlesh Patel. As grounds for this Verified Complaint, the Plaintiffs state as follows:

**JURISDICTION AND VENUE**

1. The Plaintiffs are domiciled, reside and/or are incorporated in Mississippi.

2. The Defendants are domiciled, reside, and/or are incorporated and/or have their main business office in Orlando, Florida, in Orange County, Florida. Defendant Bollywood Events, LLC, is based in Orlando, Florida, as is their Registered Agent, Kamlesh Patel. Defendant Kamlesh Patel lives and works and/or live in the Orlando, Florida area, in Orange County, Florida.

3. The events which led to the dispute at issue revolved around an entertainment concert held at CFE Arena in Orlando, Florida, on August 14, 2016 ("the concert").

4. The amount in controversy and sought by the Plaintiffs as damages is greater than $75,000.00.

5. Accordingly, Diversity Jurisdiction and Venue for this action are proper in this Court, pursuant to 28 U.S.C. Sec. 1332(a)(1).

## THE PARTIES

6. The Plaintiffs, Sampat Shivangi ("Dr. Shivangi") and Udaya Shivangi, are husband and wife. They are medical doctors. The reside in Ridgeland, Mississippi.

7. Defendant Bollywood Events, LLC ("Bollywood Events") is a Florida LLC established by Defendant Kamlesh "Krish" Patel. They are business entities primarily devoted to producing live concerts featuring well known Indian performers.

8. Defendant Kamlesh "Krish" Patel ("Patel" or "Krish Patel") is the founder and managing member of Bollywood Events, LLC. Through Bollywood Events Patel produces live concerts featuring Indian performers.

## THE AUGUST 14, 2016 CONCERT INVESTMENT

9. Dr. Shivangi first met Krish Patel in San Jose, California in 2016, through a former business partner named Satya Shaw ("Shaw").

10. Later in 2016, Shaw contacted Dr. Shivangi about an investment opportunity in a Bollywood Events concert to be held in Orlando in August 2016, featuring well known Indian artists. Krish Patel was producing the concert.

11. Krish Patel called Dr. Shivangi the first week of July 2016 and asked him to invest in the concert. Patel told Dr. Shivangi that he and Bollywood Events were seeking from him a minimum investment of $100,000.00 in the concert.

12. Patel told Dr. Shivangi that, right after the concert, Dr. Shivangi would receive his

$100,000.00 investment back, plus a percentage of the profits derived from the concert.

13. Patel followed this initial phone call with Dr. Shivangi with more phone calls to Dr. Shivangi and his wife, Udaya Shivangi, describing the same investment opportunity in the concert to both of them.

14. Patel sent the Shivangis materials about the concert. Patel told them they would receive their $100,000.00 investment, plus a substantial profit from the concert.

15. As the Shivangis were considering whether to make this investment in the concert, Patel induced them to make the investment by telling them that they were good people, he would never let them down, and that Bollywood Events and Patel would repay the $100,000.00 investment right after the August 2016 concert, plus at least 10% of the net profits from the concert.

16. Based upon Patel's repeated phone calls imploring the Shivangis to invest in the concert, the Shivangis sent a $50,000 wire transfer to Bollywood Events, and later gave another $50,000.00 to the concerts national promoter, Haider Productions, at the direction of and under their investment agreement with Bollywood Events and Patel.

17. In addition, Bollywood Events and Patel would send concert tickets to the Shivangis, and they could keep the proceeds from the ticket sales they made.

18. The Shivangis attended the August 14, 2016 concert. The concert was well attended, and the stadium was almost full.

19. There was a private reception for the stars where more revenue was generated.

20. In the days after the concert, Dr. Shivangi asked Patel when the Shivangis would received their $100,000.00 investment plus profit from the concert.

21. Patel told them he had to collect money from certain sources such as TicketMaster,

and the Shivangis would be paid in about one week.

22. Eventually, by October 2016, Patel told Dr. Shivangi that the concert lost money, and that there was no money to pay the Shivangis, either their $100,000.00 investment or 10% of the net profits from the concert.

23. In response to this claim by Patel, the Shivangis demanded, through counsel, that Bollywood Events and Patel produce written records of ticket sales and expenses, and audited financial statements related to the concert.

24. Bollywood Events and Patel refused to provide the Shivangis with any written financial records related to the concert.

25. Bollywood Events and Patel actually told the Shivangis, through counsel, that they were not investors in the concert, and therefore they had no legal right to any financial records.

26. Eventually, in October 2016, after the concert, and after Bollywood Events and Patel told the Shivangis that they would not receive both their investment, profits, or financial records, Bollywood Events and Patel told the Shivangis that their $100,000.00 investment in the concert was not in fact an investment.

27. Instead, Bollywood Events and Patel now told the Shivangis, in the fall of 2016, that their $100,000.00 payment bought the Shivangis the privilege of being "sponsors" of the concert.

28. Bollywood Events and Patel told the Shivangis that, as sponsors, the Shivangis $100,000.00 payment entitled them to meet the performers, appear on stage, and be identified as concert sponsors.

29. The Shivangis were stunned by this sudden change of position by Bollywood Events and Patel, first communicated to the Shivangis in October2016.

30. Suddenly, after seeking and taking the Shivangis $100,000.00 as an investment in the

concert, according to Bollywood Events and Patel, the Shivangis' $100,000.00 investment in the concert constituted nothing more than a ticket to be on stage, to mingle with the performers and to be identified as concert sponsors.

31. The Shivangis would never have invested $100,000.00, or any monies, for the mere privilege of being on stage, meeting the performers, and being identified as a sponsor.

32. To date, despite the Shivangis repeated demands, Bollywood Events and Patel have failed to return any of the Shivangis $100,000.00 investment or any profits from the concert in Orlando, Florida on April 27, 2019.

## COUNT I - FRAUD

### The Shivangi Plaintiffs and Defendants Krish Patel/Bollywood Events

33. Plaintiffs incorporate by reference the factual allegations in Paragraphs 1-32 above.

34. Beginning in early July 2016 and through July 2016, Bollywood Events and Patel made a series of representations to the Shivangis to induce them to invest $100,000.00 in the concert.

35. Patel called the Shivangis repeatedly in July 2016 and represented to them that their $100,000.00 investment would be just that, an investment in the concert.

36. Patel represented to the Shivangis in the telephone calls that soon after the concert, they would receive their $100,000.00 investment back plus at least 10% of the net profits generated from the concert.

37. As the Shivangis were considering whether to make this investment in the concert, Patel, by his representations to the Shivangis, induced them to make the investment by telling them that they were good people, he would never let them down, and that Bollywood Events and Patel would repay the $100,000.00 investment right after the August 2016 concert, plus 10% net

profits from the concert.

38. Based upon Patel's repeated representations and assurances about the investment plan in the concert, the Shivangis reasonably relied on the representations and invested $100,000.00 in the concert, as sought and directed by Bollywood Events and Patel.

39. After the concert, Dr. Shivangi contact Bollywood Events and Patel about the receipt of the $100,000.00 investment plus profits.

40. At first, Patel told Dr. Shivangi that it would take a week or two to forward the funds to him.

41. Later, in October2016, Patel told Dr. Shivangi that the concert lost money, and that there was no money to pay the Shivangis, either their $100,000.00 investment or any percentage of profits from the concert.

42. In response to this claim by Patel, the Shivangis demanded, through counsel, that Bollywood Events and Patel produce written records of ticket sales and expenses, and audited financial statements related to the concert.

43. Bollywood Events and Patel refused to provide the Shivangis with any written financial records related to the concert.

44. Bollywood Events and Patel told the Shivangis, through counsel, that they were not investors in the concert, and therefore they had no legal right to any financial records.

45. After the concert, and after Bollywood Events and Patel told the Shivangis that they would not receive both their investment, profits, or financial records, Bollywood Events and Patel told the Shivangis that their $100,000.00 investment in the concert was not in fact an investment.

46. Instead, Bollywood Events and Patel told the Shivangis that their $100,000.00

payment bought the Shivangis the privilege of being "sponsors" of the concert.

47. As sponsors, the Shivangis $100,000.00 payment entitled them to meet the performers, appear on stage, and be identified as concert sponsors.

48. The Shivangis were stunned by this sudden change of position by Bollywood Events and Patel.

49. Suddenly, after seeking and taking the Shivangis $100,000.00 as an investment in the concert, according to Bollywood Events and Patel, the Shivangis' $100,000.00 investment in the concert constituted nothing more than a ticket to be on stage, to mingle with the performers and to be identified as concert sponsors.

50. The Shivangis never would have invested $100,000.00, or any monies, for the mere privilege of being on stage, meeting the performers, and being identified as a sponsor.

51. To date, despite the Shivangis repeated demands, Bollywood Events and Patel have failed and refused to return any of the Shivangis $100,000.00 investment or any profits from the concert.

52. Bollywood Events and Patel's material representations to the Shivangis about the investment plan, return of the $100,000.00 and receipt of 10% of the net concert profits were false.

53. Bollywood Events and Patel knew of the falsity of the material misrepresentations at the time that they made them to the Shivangis in July 2016.

54. The Shivangis acted carefully before making their investment, having numerous conversations with Patel and others about the concert event. The Shivangis reasonably relied on Bollywood Event's and Patel's representations.

55. Bollywood Events and Patel acted knowingly and intentionally when they made their

material false representations to the Shivangis in July 2016 about the concert and the investment plan. They knew and their intention was for the Shivangis to rely on their misrepresentations.

56. The Shivangis have never received any of their $100,000.00 investment, or any portion of the 10% net concert profits, as promised by Bollywood Events and Patel. The Shivangis have suffered damages as a result of the Defendants intentional misrepresentations and fraud perpetrated on the Shivangis.

WHEREFORE, the Shivangi Plaintiffs seek the following relief from Defendants Krish Patel and Bollywood Events, LLC, Jointly and Severally:

A. Compensatory damages of $200,000.00;

B. Punitive damages of $1,000,000.00;

C. All costs and attorney's fees incurred in bringing this action; and

D. Any other relief the Court deems just and proper.

## COUNT II- FRAUD IN THE INDUCEMENT
**The Shivangi Plaintiffs and Defendants Krish Patel/Bollywood Events**

57. Plaintiffs incorporate by reference the factual allegations in Paragraphs 1-32 above.

58. Beginning in early July 2016 and through July 2016, Bollywood Events and Patel made a series of communications to the Shivangis to induce them to invest $100,000.00 in the concert.

59. Patel called the Shivangis repeatedly in July 2016 and represented to them that their $100,000.00 investment would be just that, an investment in the concert.

60. Patel represented to the Shivangis in the telephone calls that soon after the concert, they would receive their $100,000.00 investment back plus 10% of the net profits generated from the concert.

61. As the Shivangis were considering whether to make this investment in the concert,

Patel, by his representations to the Shivangis, induced them to make the investment by telling them that they were good people, he would never let them down, and that Bollywood Events and Patel would repay the $100,000.00 investment right after the August 2016 concert, plus at least 10% of the net profits from the concert.

62. Based upon Patel's repeated representations and assurances about the investment plan in the concert, the Shivangis reasonably relied on the representations and invested $100,000.00 in the concert, as directed by Bollywood Events and Patel.

63. After the concert, Dr. Shivangi contacted Bollywood Events and Patel about the receipt of the $100,000.00 investment plus profits.

64. At first, Patel told Dr. Shivangi that it would take a week or two to forward the funds to him.

65. Later, Patel told Dr. Shivangi that the concert lost money, and that there was no money to pay the Shivangis, either their $100,000.00 investment or any of the profits from the concert.

66. In response to this claim by Patel, the Shivangis demanded, through counsel, that Bollywood Events and Patel produce written records of ticket sales and expenses, and audited financial statements related to the concert.

67. Bollywood Events and Patel refused to provide the Shivangis with any written financial records related t to the concert.

68. Bollywood Events and Patel told the Shivangis, through counsel, that they were not investors in the concert, and therefore they had no legal right to any financial records.

69. After the concert, in or around October 2016, and after Bollywood Events and Patel told the Shivangis that they would not receive both their investment, profits, or financial records,

Bollywood Events and Patel told the Shivangis that their $100,000.00 investment in the concert was not in fact an investment.

70. Instead, Bollywood Events and Patel told the Shivangis that their $100,000.00 payment bought the Shivangis the privilege of being "sponsors" of the concert.

71. As sponsors, the Shivangis $100,000.00 payment entitle them to meet the performers, appear on stage, and be identified as concert sponsors.

72. The Shivangis were stunned by this sudden change of position by Bollywood Events and Patel.

73. Suddenly, after seeking and taking the Shivangis $100,000.00 as an investment in the concert, according to Bollywood Events and Patel, the Shivangis' $100,000.00 investment in the concert constituted nothing more than a ticket to be on stage, to mingle with the performers and to be identified as concert sponsors.

74. The Shivangis never would have invested $100,000.00, or any monies, for the mere privilege of being on stage, meeting the performers, and being identified as a sponsor. The Shivangis would never have entered any investment contract with Bollywood Events and Patel under these circumstances.

75. To date, despite the Shivangis repeated demands, Bollywood Events and Patel have failed and refused to return any of the Shivangis $100,000.00 investment or the 10% of the net profits from the concert.

76. Bollywood Events and Patel's material representations to the Shivangis about the investment plan, return of the $100,000.00 and receipt of concert profits were false.

77. Bollywood Events and Patel knew of the falsity of the material misrepresentations at the time that they made them to the Shivangis in July 2016.

78. The Shivangis acted carefully before making their investment, having numerous conversations with Patel and others about the concert event. The Shivangis reasonably relied on Patel's representations.

79. Bollywood Events and Patel acted knowingly and intentionally when they made their material false representations to the Shivangis in July 2016 about the concert and the investment plan. They knew and their intention was for the Shivangis to rely on their misrepresentations.

80. The Shivangis were fraudulently induced into the investment contract with Bollywood Events and Patel via the Defendants misrepresentations about the nature and substance of the investment and the contract. The Shivangis have never received any of their $100,000.00 investment, or at least 10% of the net concert profits, as promised by Bollywood Events and Patel. The Shivangis have suffered damages as a result of the Defendants intentional misrepresentations and fraud in the inducement perpetrated on the Shivangis.

WHEREFORE, the Shivangi Plaintiffs seek the following relief from Defendants Krish Patel and Bollywood Events, LLC, Jointly and Severally:

A. Compensatory damages of $200,000.00;

B. Punitive damages of $1,000,000.00;

C. All costs and attorney's fees incurred in bringing this action; and

D. Any other relief the Court deems just and proper.

### COUNT III- BREACH OF CONTRACT
**The Shivangi Plaintiffs and Defendants Krish Patel/Bollywood Events**

81. Plaintiffs incorporate by reference the factual allegations in Paragraphs 1-32 above.

82. In July 2016, at the initiation of the Defendants, by oral agreement the parties entered into an investment contract whereby the Shivangis would invest $100,000.00 into the concert,

and Bollywood Events and Patel would return their $100,000.00 investment back plus at least 10% of the net profits generated from the concert, soon after the concert.

83. The Shivangis met their obligations by providing $100,000.00 for the concert, as directed by Bollywood Events and Patel.

84. The concert went forward on August14, 2016. Thereafter, the Defendants were obligated to return to the Shivangis their $100,000.00 investment back plus 10% of the net profits generated from the concert, soon after the concert.

85. The Defendants failed and refused to return any monies to the Shivangis, in breach of the investment contract and their contractual duties to the Plaintiffs.

86. As a direct and proximate result of the Defendants breach of the investment contract, the Plaintiffs have suffered damages.

WHEREFORE, the Shivangi Plaintiffs seek the following relief from Defendants Patel and Bollywood Events, LLC, Jointly and Severally:

A. Compensatory damages of $200,000.00;

B. Punitive damages of $1,000,000.00;

C. All costs and attorney's fees incurred in bringing this action; and

D. Any other relief the Court deems just and proper.

## **VERIFICATION**

We, the undersigned, hereby verify that the allegations in the above Complaint are true and correct to the best of our knowledge, information and belief.

_____
SAMPAT SHIVANGI

_____
UDAYA SHIVANGI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 4th day of December, 2020.

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
*Attorneys for Plaintiffs*
One West Las Olas Blvd., Suite 500
Ft. Lauderdale, Florida 33301
Telephone No.: (954) 525-4100

By: */s/ Brian R. Kopelowitz*
    BRIAN R. KOPELOWITZ
    Florida Bar Number: 97225
    kopelowitz@kolawyers.com

**SABOURA, GOLDMAN & COLOMBO, P.C**
*Attorneys for Plaintiffs (Pro Hac Vice Motion Pending)*
524 King Street
Alexandria, VA 22314
Telephone No.: (703) 684-6476 (o)
Facsimile No.: (703) 549-3335 (f)

By: */s/ Peter L. Goldman*
    PETER L. GOLDMAN
    pgoldmanatty@aol.com